FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr1845-JAH |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| LEOBARDO JOSE GONZALEZ-BERNAL, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 3/15/07, within the Southern District of California, defendant LEOBARDO JOSE GONZALEZ-BERNAL, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

MIP:psd:San Diego
5/13/08

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   | Count 2                                                                              |
| 2   | On or about __10/3/07__, within the Southern                                         |
| 3   | District of California, defendant LEOBARDO JOSE GONZALEZ-BERNAL, being               |
| 4   | an alien, unlawfully entered or attempted to enter the United States                 |
| 5   | at a time and place other than as designated by immigration officers,                |
| 6   | and eluded examination and inspection by immigration officers, and                   |
| 7   | attempted to enter or obtained entry to the United States by a                       |
| 8   | willfully false or misleading representation or the willful                          |
| 9   | concealment of a material fact and previously committed the offense                  |
| 10  | of illegal entry, as alleged in Count 1; all in violation of Title 8,                |
| 11  | United States Code, Section 1325, a felony.                                          |
| 12  | Count 3                                                                              |
| 13  | On or about May 3, 2008, within the Southern District of                             |
| 14  | California, defendant LEOBARDO JOSE GONZALEZ-BERNAL, being an alien,                 |
| 15  | unlawfully entered or attempted to enter the United States at a time                 |
| 16  | and place other than as designated by immigration officers, and eluded               |
| 17  | examination and inspection by immigration officers, and attempted to                 |
| 18  | enter or obtained entry to the United States by a willfully false or                 |
| 19  | misleading representation or the willful concealment of a material                   |
| 20  | fact and previously committed the offense of illegal entry, as alleged               |
| 21  | in Count 1; all in violation of Title 8, United States Code,                         |
| 22  | Section 1325, a felony.                                                              |
| 23  | DATED: _____.                                                             |
| 24  |                                             KAREN P. HEWITT                          |
| 25  |                                             United States Attorney                   |
| 26  |                                                                                      |
| 27  |                                             MICHELLE M. PETTIT                       |
|     |                                             Assistant U.S. Attorney                  |
| 28  |                                                                                      |