FILED
AUG 0 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>LEOBARDO JOSE GONZALEZ-BERNAL,<br><br>          Defendant. | CASE NO. 08CR01845-001-GT<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for September 10, 2008, is vacated and reset to October 22, 2008, at 9:00 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 8-4-08

*Gordon Thompson, Jr.*
Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/rp